IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, et al, Plaintiffs, vs. AMBER SCHLOTE et al, Defendants. | 8:14CV260 ORDER |

On March 21, 2018, the undersigned is scheduled to hold an on the record telephonic conference in the above captioned case. For clarity, the court believes the following topics will be at issue:

1) Whether, or to what extent, Plaintiff shall supplement expert disclosures (Filing No. 121) to comply with Fed. R. Civ. P. 26(a). Specifically:

    a. Defendants allege that, regarding three of the six disclosed experts, Plaintiff did not provide full and timely disclosures. Plaintiff indicates that "reports are being translated and produced." (Id. at CM/ECF p. 1).

    b. Defendants also identify alleged deficiencies in the expert disclosures regarding: a) Dr. Mark J. Shuman; b) Judge Michael D. Nelson; and c) Douglas County Attorney Don Kleine. Defendants allege that Plaintiff failed to fully disclose these non-retained experts as required by the federal rules.

2) Whether further expert deadlines should be extended pending resolution of the allegations above. Defendants' complete expert disclosures are currently due June 1, 2018, with rebuttal expert disclosures due July 1, 2018. ([Filing No. 107](#)).

3) Whether, or to what extent, Plaintiff shall supplement answers regarding the alleged fabricated evidence and exculpatory information that was omitted from reports, ignored, and not disclosed by the Douglas County actors.

4) The general completeness of discovery responses to date and proposed amendments to the current progression schedule ([Filing No. 107](#)).

Dated this 20th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge