IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>     Plaintiffs,<br><br>  vs.<br><br>AMBER SCHLOTE, ADOLFO HERNANDEZ, NICOLAS YANEZ, LANCE WORTHY, CITY OF OMAHA, a Nebraska Political Subdivision; SUZANNE HANEY, M.D.; and COUNTY OF DOUGLAS, a Nebraska Political Subdivision;<br><br>     Defendants. | 8:14CV260<br><br>**AMENDED** ORDER |

  IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on March 18, 2019, or as soon thereafter as the case may be called, for a duration of six (6) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 5, 2019 at 9:00 a.m., and will be conducted by internet/telephonic conferencing. Counsel shall

use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 1, 2019.

3) The deadline for serving written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 16, 2018. Motions to compel Rule 33 through 36 discovery must be filed by September 4, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadline for Plaintiff to fully and completely respond to Defendant Douglas County's Interrogatories 10 through 13 is April 11, 2018.

5) The deadline for Plaintiff to fully and completely respond to Defendants' Requests for Production is April 11, 2018.

6) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For Plaintiffs           April 11, 2018

    For Defendants:        July 2, 2018.

    Plaintiff's rebuttal:      July 16, 2018.

7) The deposition deadline is November 19, 2018.

8) The deadline for filing motions to dismiss and motions for summary judgment is December 3, 2018.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 3, 2018.

10) Motions in limine shall be filed seven business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

11) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 28th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge