IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, et al; | |
| Plaintiffs, | **8:14CV260** |
| vs. | |
| AMBER SCHLOTE, et al; | **ORDER** |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by Jonathan J. Papik, as counsel of record for Defendant Suzanne Haney, M.D. (Filing No. 129), is granted.

Dated this 9th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge