IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENY MEDRANO CAMBARA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 8:14 CV 00260 |
| | ) | |
| v. | ) | **INDEX OF EVIDENCE IN** |
| | ) | **SUPPORT OF DOUGLAS** |
| AMBER SCHLOTE, et al, | ) | **COUNTY'S MOTION FOR** |
| | ) | **SANCTIONS** |
| Defendants. | ) | |

Defendant Douglas County, Nebraska ("Douglas County), through its undersigned counsel and pursuant to NECivR 7.1(a)(2)(A), lists the following documents in support of its Motion for Sanctions:

1. Plaintiff's unverified responses to Douglas County's discovery produced on December 6, 2017 (Exhibit A);

2. Douglas County's letter to Plaintiff re: Plaintiff's Discovery Answers sent on January 12, 2018 (Exhibit B);

3. Plaintiff's unverified supplemental responses to Douglas County's discovery produced on February 11, 2018 (Exhibit C);

4. Plaintiff's unverified second supplemental answers to Douglas County's discovery produced on April 11, 2018 (Exhibit D); and

5. Transcript of the Proceedings – Verdict – from *State of Nebraska v. Keny Y. Medrano-Cambara*, Case No. CR 10-9078812, before the District Court of Douglas County, Nebraska (Exhibit E).

Dated this 17th day of April, 2018.

DOUGLAS COUNTY, NEBRASKA, Defendant.

DONALD W. KLEINE,
Douglas County Attorney.

BY: /s/ Meghan M. Bothe
Timothy K. Dolan #20978
Meghan M. Bothe #25208
Deputy County Attorney
909 Civic Center
Omaha, NE 68183
(402) 444-7622
Fax: (402) 444-6817
tim.dolan@douglascounty-ne.gov
meghan.bothe@douglascounty-ne.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically filed the foregoing Index of Evidence in Support of Douglas County's Motion for Sanctions with the Clerk of the Court using the NextGen CM/ECF system, which will send notification of such filing to the following:

Terry K. Barber
Joshua D. Barber
Barber & Barber, P.C., L.L.O.
P.O. Box 4555
300 N. 44th Street, Suite 205
Lincoln, NE 68503

Ryan J. Wiesen
City of Omaha
1819 Farnam Street, Suite 804
Omaha, NE 68183

Susan K. Sapp
Megan S. Wright
Cline Williams Wright Johnson & Oldfather, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508.

/s/ Meghan M. Bothe