IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>Plaintiffs,<br><br>vs.<br><br>AMBER SCHLOTE, ADOLFO HERNANDEZ, NICOLAS YANEZ, LANCE WORTHY, CITY OF OMAHA, a Nebraska Political Subdivision; SUZANNE HANEY, M.D.; and COUNTY OF DOUGLAS, a Nebraska Political Subdivision;<br><br>Defendants. | 8:14CV260<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Thomas O. Mumgaard as counsel of record for Defendants, City of Omaha, Amber Schlote, Adolfo Hernandez, Nicolas Yanez, and Lance Worley, (Filing No. 141), is granted.

May 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge