IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DOUGLAS, a Nebraska Political Subdivision, et. al;<br><br>Defendants. | 8:14CV260<br><br>ORDER |

IT IS ORDERED:

1)  Plaintiff's unopposed amended motion to continue, (Filing No. 151), is granted as follows:

   a.  Plaintiff's deadline for responding to Defendants' Joint Motion to Exclude Experts, (Filing No. 145), is extended to June 28, 2018.

   b.  Defendants' expert disclosure deadline is extended to 30 days after the Court's ruling on their Joint Motion to Exclude Experts, Filing No. 145, with Plaintiff's rebuttal expert disclosures due 14 days following Defendants' disclosures.

2)  Plaintiff's motion to continue, (Filing No. 150), is denied as moot.

June 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge