IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF DOUGLAS, a Nebraska Political Subdivision, et. al;<br><br>Defendants. | 8:14CV260<br><br>ORDER |

Defendants moved to strike Kirk Newring, Donald Kleine, Michael McClelland, and Michael Nelson as Plaintiffs' expert witnesses for failure to timely comply with the Rule 26(a)(2) disclosure requirements. (Filing No. 145).

Plaintiffs have now withdrawn Kirk Newring, Donald Kleine, Michael McClelland, and Michael Nelson as expert witnesses. (Filing No. 156).

Accordingly,

IT IS ORDERED that Defendants' Joint Motion to Exclude Expert Witnesses, (Filing No. 145), is denied as moot.

July 3, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge