IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf ot the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF DOUGLAS, a Nebraska Political Subdivision, et. al;<br><br>　　　　　Defendants. | 8:14CV260<br><br>ORDER |

As stated in the parties' stipulation, (Filing No. 162), which is hereby approved,

IT IS ORDERED that fees and costs are awarded pursuant to the Court's Order (Filing No. 154) in the amount of $1,702.93, to be paid by Plaintiffs to Defendant Douglas County on or before August 13, 2018.

July 13, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge