IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUBEN CAMBARA CAMBARA, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano; and KENY MEDRANO CAMBARA, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF DOUGLAS, a Nebraska Political Subdivision; et. al;<br><br>　　　　　　　　Defendants. | 8:14CV260<br><br>ORDER |

1) The amended motion to withdraw filed by Joshua D. Barber and Terry K. Barber, as counsel of record for Plaintiff Keny Medrano Cambara (Filing No. 169), is granted.

2) On or before September 10, 2018, Plaintiff Keny Medrano Cambara shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff Keny Medrano Cambara's claims without further notice.

3) The clerk shall email this order to Plaintiff Keny Medrano Cambara at her last known email addresses, kenyyulissamedrano@gmail.com, and kenyjmedrano@hotmail.com, and shall mail this order to:

Keny Medrano Cambara
Aldea Los Comunes
Quesada, Jutiapa, Guatemala 22017,

and

Melfin Medrano
4310 S 21st Street
Omaha, NE 68107.

4) The motion to withdraw, (Filing No. 167), is denied as moot.

August 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge