IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KENY MEDRANO CAMBARA, et al., | |
|---|---|
| Plaintiffs, | 8:14-CV-260 |
| vs. | |
| AMBER SCHLOTE, et al., | ORDER |
| Defendants. | |

This matter is before the Court on the parties' joint stipulation (filing 171) to dismiss plaintiff Ruben Cambara Cambara's claims against all defendants. That motion will be granted.

IT IS ORDERED:

1. The parties' joint stipulation of dismissal (filing 171) is granted.

2. Plaintiff Ruben Cambara Cambara's claims on behalf of himself and his minor children are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

3. Ruben Cambara Cambara is dismissed as a party.

Dated this 10th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge