IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENY MEDRANO CAMBARA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 8:14 CV 00260 |
| | ) | |
| v. | ) | **NOTICE OF NONCOMPLIANCE** |
| | ) | **WITH ORDER AWARDING FESS** |
| AMBER SCHLOTE, et al, | ) | **AND EXPENSES TO DEFENDANT** |
| | ) | **COUNTY OF DOUGLAS** |
| Defendants. | ) | |
| | ) | |

On June 22, 2018, the Court ordered Plaintiffs to pay the fees and expenses that Defendant County of Douglas, Nebraska ("Douglas County") incurred in preparing its Motion for Sanctions and supporting documentation (filings 133 – 135 and 143). *See* Document 154. Pursuant to the Court's order, Douglas County served Plaintiffs' counsel with an itemization of fees and costs on June 28, 2018. *See* Exhibit A, Douglas County Letter. On July 9, 2018, Plaintiffs' counsel responded, stating that the itemization was within reason and agreeing to a stipulation. *See* Exhibit B, Barber & Barber Letter. Pertinent parties Plaintiff[1] and Douglas County entered a joint stipulation that the fees and costs awarded totaled $1,702.93. *See* Document 162. On July 13, 2018, this Court approved the joint stipulation and ordered that fees and costs in the amount of $1,702.93 be paid by Plaintiffs to Douglas County on or before August 13, 2018. *See* Document 163. Douglas County hereby provides notice that no payment has been received at this time.

DATED this 16th day of August, 2018.

---

[1] The Court previously dismissed the claims that Plaintiff Ruben Cambara Cambara, individually and on behalf of Angie Cambara Medrano and Diana Cambara Medrano, brought against Douglas County. *See* Document 72, p. 20; Document 80; and Document 104, p.2 at FN 1. For this reason, when Douglas County drafted and executed the approved joint stipulation, it was only with Plaintiff Keny Medrano Cambara. Document 162. However, the Court's orders awarding fees and costs (Documents 154 and 163) refer to Plaintiffs (plural).

1

          DOUGLAS COUNTY, NEBRASKA,
          Defendant.

          DONALD W. KLEINE,
          Douglas County Attorney.

          BY: /s/ Meghan M. Bothe
              Timothy K. Dolan #20978
              Meghan M. Bothe #25208
              Deputy County Attorneys
              909 Civic Center
              Omaha, NE 68183
              T: (402) 444-7622
              F: (402) 444-6817
              tim.dolan@douglascounty-ne.gov
              meghan.bothe@douglascounty-ne.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I caused a true and correct copy of Notice of Noncompliance with order Awarding Fees and Expenses to Defendant County of Douglas to be served by United States mail to the following:

    Keny Medrano Cambara
    Aldea Los Comunes
    Quesada, Jutiapa, Guatemala 22017
    kenyyulissamedrano@gmail.com[2]
    kenyjmedrano@hotmail.com

    Keny Medrano Cambara
    c/o Melfin Medrano
    4310 S. 21 Street
    Omaha, NE 68107

    Ryan J. Wiesen
    City of Omaha
    1819 Farnam Street, Suite 804
    Omaha, NE 68183
    ryan.wiesen@cityofomaha.org

    Susan K. Sapp
    Megan S. Wright
    Cline Williams Wright Johnson & Oldfather, L.L.P.

---

[2] Address previously not found by Google Mail Delivery Subsystem. Gary Strain received bounce back when filing Douglas County's Notice of Serving Discovery on August 15, 2018.

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
ssapp@clinewilliams.com
mwright@clinewilliams.com.

/s/ Meghan M. Bothe