IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENY MEDRANO CAMBARA, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano;<br><br>Plaintiff,<br><br>vs.<br><br>AMBER SCHLOTE, et al.;<br><br>Defendants. | 8:14CV260<br><br>**ORDER OF DISMISSAL** |

On August 9, 2018, Plaintiffs' counsel moved to withdraw on behalf of Plaintiff Keny Medrano Cambara. Counsel explained that Plaintiff Keny Medrano Cambara was not communicating with counsel or responding to emails, calls or text messages. (Filing No. 169).

The motion to withdraw was granted, and Keny Medrano Cambara was granted until September 10, 2018 to "either (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel." (Filing No. 170). She was warned that failing to comply may result in

dismissal of her claims without further notice. Id. Plaintiff Keny Medrano Cambara failed to comply with the court's order.[1]

IT IS ORDERED:

1. The claims filed by Plaintiff Keny Medrano Cambara, Individually and on behalf of the minor children Angie Cambara Medrano and Diana Cambara Medrano, are dismissed for want of prosecution; and

2. A separate Judgment will be entered.

September 27, 2018.

BY THE COURT:

s/ John M. Gerrard
United States District Judge

---

[1] The order was mailed to Plaintiff Keny Medrano Cambara at all last known mail and email addresses as provided by her former counsel. The mailing to the Guatemala address was returned as undeliverable.